No. 87–7054. CHOU *v.* UNIVERSITY OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–7076. JURAS *v.* AMAN COLLECTION SERVICE, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.